

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00124-CR

Trinity Ringelstein
v.
The State Of Texas

On Appeal from the
148th District Court of Nueces County, Texas
Trial Cause Nos. 12CR2435-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered these causes on appeal, concludes the appeals should be dismissed for want of jurisdiction. The Court orders these appeals DISMISSED FOR WANT OF JURISDICTION in accordance with its opinion.

We further order this decision certified below for observance.

April 23, 2015